# ALABAMA COURT OF CRIMINAL APPEALS



January 31, 2025

**CR-2024-0446**
Oddesius LaCharles Bryant v. State of Alabama (Appeal from Covington Circuit Court: CC-21-251 and CC-23-381)

## NOTICE

You are hereby notified that on January 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk